IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JAVARICE BURNELL, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 9:23-CV-00102 |
| § | JUDGE MICHAEL J. TRUNCALE |
| WILLIAM F. MILLER and STERLING § | |
| SITE ACCESS SOLUTIONS, LLC, § | |
| § | |
| *Defendants.* § | |

## ACKNOWLEDGEMENT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Court has received Plaintiff's Notice of Voluntary Dismissal filed in the above-referenced matter. [Dkt. 18]. Plaintiff seeks a dismissal with prejudice of all claims filed against Defendants herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court hereby acknowledges that Plaintiff's claims filed against Defendants herein are **DISMISSED WITH PREJUDICE**.

All Parties shall bear their own attorneys' fees and costs. All Court dates and deadlines are hereby **VACATED**, and all motions not previously ruled on are **DENIED AS MOOT**. This is a Final Judgment as to all claims and all Parties.

**SIGNED this 3rd day of October, 2024.**

Michael J. Truncale
United States District Judge